UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____ _____

OLUSOJI MICHAEL AGBOOLA,

       Plaintiff,　　　　　　　　　　　　Civil 06-596 (RHK/JJG)

vs.　　　　　　　　　　　　　　　　　　**ORDER**

LARRY REED,

       Defendant.

_____

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Application to Proceed Without Prepayment of Fees, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated:  April 28, 2006

                                        s/ Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge